# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEVIN CERVIN,<br><br>            Defendant. | 2:19-mj-0785-EJY<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(First Request) |

Based upon the pending Stipulation of counsel, and good cause appearing therefore IT IS ORDERED that the preliminary hearing, currently scheduled for October 30, 2019, at 4:00 p.m., be vacated and continued to the **2nd day of December, 2019, at 4:00 p.m. in Courtroom 3B**.

DATED this 28th day of October, 2019.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE