**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEVIN CERVIN,<br><br>            Defendant. | 2:19-mj-0785-EJY<br><br>STIPULATION TO CONTINUE <u>PRELIMINARY HEARING</u><br>(Third Request) |

Based upon the pending Stipulation of counsel, and good cause appearing therefore IT IS ORDERED that the preliminary hearing, currently scheduled for December 2, 2019, at 4:00 p.m., be vacated and continued to the 7th day of January, 2020, at 4:00 p.m. in Courtroom 3B.

DATED this 2nd day of December, 2019.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE